IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| MANOGNA DEVABHAKTUNI, | ) | |
|---|---|---|
| TRAYEE RAVI, and KUSHAL RAVI, | ) | |
|     Plaintiffs, | ) | |
| | ) | No. 3:19-cv-2845-M (BT) |
| v. | ) | |
| | ) | |
| RICHARD BARTON, ET AL., | ) | |
|     Defendants. | ) | |

# ORDER

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. Plaintiffs filed a document the Court will consider to be objections, so the District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions and Recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Signed this 6th day of January, 2020.

BARBARA M. G. LYNN
CHIEF JUDGE